UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| CYNTHIA R. DONOHO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 16-CV-2167 |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

A Report and Recommendation (#16) was filed by the Magistrate Judge in the above cause on June 13, 2017. More than fourteen (14) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#16) is accepted by this court.

(2) Plaintiff's Motion for Summary Judgment (#12) is DENIED and Defendant's Motion for Summary Judgment (#15) is GRANTED. The decision to deny Plaintiff benefits is affirmed.

(3) This case is terminated.

ENTERED this 6th day of July, 2017.

s/ COLIN S. BRUCE
U.S. DISTRICT JUDGE